1  REID G. JOHNSON, WSBA#44338
   LUKINS & ANNIS, PS
2  1600 Washington Financial Center
   717 W. Sprague, Ave.
3  Spokane, WA  99201
   Telephone: (509) 455-9555
4  Facsimile: (509) 747-2323
   rjohnson@lukins.com
5
   DARIN M. KLEMCHUCK, *Pro Hac Vice Forthcoming*
6  MANDI PHILLIPS, *Pro Hac Vice Forthcoming*
   KLEMCHUK LLP
7  8150 N. Central Expressway, 10th Floor
   Dallas, TX  75206
8  Telephone: (214) 367-6000
   mandi.phillips@klemchuk.com
9
   *Attorneys for Plaintiffs*
10
                    **UNITED STATES DISTRICT COURT**
11                  **EASTERN DISTRICT OF WASHINGTON**
                            **AT SPOKANE**
12

| | |
|---|---|
| 13  LUXOTTICA GROUP, S.P.A., AN ITALIAN CORPORATION, AND OAKLEY, INC., A WASHINGTON CORPORATION, | No. 2:22-CV-00180 |
| 14 | **RULE 7.1 CORPORATE DISCLOSURE FOR PLAINTIFF** |
| 15         PLAINTIFFS, | |
| 16             V. | |
| 17  THE STORE ON THOR, LLC, DANIELLE COSSEY, INDIVIDUALLY, AND ROBERT COSSEY INDIVIDUALLY, STACY COSSEY, INDIVIDUALLY, AND TYLER COSSEY, INDIVIDUALLY, | |
| 20         DEFENDANTS. | |

24

RULE 7.1 CORPORATE DISCLOSURE FOR PLAINTIFF: 1

The undersigned counsel for Plaintiff Luxottica Group S.p.A. ("Luxottica") certified that this party is a non-governmental corporate party and is a wholly-owned subsidiary of EssilorLuxottica, a French-Italian corporation.  There is not any publicly held corporation that owns 10% of Luxottica's stock.

DATED this 29th day of July, 2022

       LUKINS & ANNIS, P.S.

       By: /s/ Reid G. Johnson
       REID G. JOHNSON, WSBA#44338
       Lukins & Annis, P.S.
       717 W. Sprague Ave., Ste 1600
       Spokane, WA  99201
       Email: rjohnson@lukins.com

       DARIN M. KLEMCHUK
       MANDI PHILLIPS
       *Pro Hac Vice Forthcoming*
       Klemchuk, LLP
       8150 N. Central Expressway, 10th Floor
       Dallas, TX 7520
       (214) 367-6000
       Email: mandi.phillips@klemchuk.com

       Attorneys for Plaintiffs

RULE 7.1 CORPORATE DISCLOSURE FOR PLAINTIFF: 2