**CHIEF JUDGE STANLEY A. BASTIAN**

ROBERT A. DUNN, WSBA No. 12089
ALEXANDRIA T. DRAKE, WSBA #45188
DUNN & BLACK, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUXOTTICA GROUP, S.P.A., an Italian corporation, and OAKLEY, INC., a Washington corporation, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>THE STORE ON THOR, LLC, DANIELLE COSSEY, individually, and ROBERT COSSEY individually, STACY COSSEY, individually, and TYLER COSSEY, individually <br><br>　　　　　Defendants. | NO. 2:22-cv-00180-SAB <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the firm of Dunn & Black, P.S., by and through Robert A. Dunn, hereby enters its appearance in the above cause on behalf of Defendants The Store on Thor, LLC, Danielle Cossey, Robert Cossey, Stacy Cossey and Tyler Cossey, without waiving any jurisdictional defenses they may

NOTICE OF APPEARANCE - 1

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

have based on lack of subject matter jurisdiction, improper forum, lack of jurisdiction over defendant, lack of venue, insufficiency of process, insufficiency of service of process, or failure of the Complaint to state a claim upon which relief may be granted, and specifically and expressly reserving the right to raise these defenses by motion or answer. You are hereby directed to serve all future pleadings or papers, except process, upon said attorneys at the address below stated:

> Robert A. Dunn
> Alexandria T. Drake
> Dunn & Black, P.S.
> 111 North Post, Suite 300
> Spokane, WA 99201

DATED this 16th day of August, 2022.

> DUNN & BLACK, P.S.
>
> s/ ROBERT A. DUNN
> ROBERT A. DUNN, WSBA No. 12089
> Attorneys for Defendants
> Dunn & Black, P.S.
> 111 North Post, Suite 300
> Spokane, WA 99201-0907
> Telephone: (509) 455-8711
> Fax:         (509) 455-8734
> Email: bdunn@dunnandblack.com

NOTICE OF APPEARANCE - 2

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- Reid Johnson
rjohnson@lukins.com; mlindquist@lukins.com

>DUNN & BLACK, P.S.
>
>s/ ROBERT A. DUNN
>ROBERT A. DUNN, WSBA No. 12089
>Attorneys for Defendants
>Dunn & Black, P.S.
>111 North Post, Suite 300
>Spokane, WA 99201-0907
>Telephone: (509) 455 8711
>Fax: (509) 455 8734
>Email: bdunn@dunnandblack.com

NOTICE OF APPEARANCE - 3

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734