CHIEF JUDGE STANLEY A. BASTIAN

ROBERT A. DUNN, WSBA No. 12089
ALEXANDRIA T. DRAKE, WSBA #45188
DUNN & BLACK, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUXOTTICA GROUP, S.P.A., an Italian corporation, and OAKLEY, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE STORE ON THOR, LLC, DANIELLE COSSEY, individually, and ROBERT COSSEY individually, STACY COSSEY, individually, and TYLER COSSEY, individually<br><br>Defendants. | NO. 2:22-cv-00180-SAB<br><br>**DEFENDANT THE STORE ON THOR, LLC'S CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)** |

Defendant The Store on Thor, LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1:

1. Defendant The Store on Thor, LLC is a nongovernmental corporate party.

CORPORATE DISCLOSURE
STATEMENT - 1

2. Defendant The Store on Thor, LLC does not have any parent corporation.

3. No publicly held corporation owns ten percent (10%) or more of Defendant The Store on Thor, LLC's stock.

DATED this 17th day of August, 2022.

> DUNN & BLACK, P.S.
>
> s/ ROBERT A. DUNN
> ROBERT A. DUNN, WSBA No. 12089
> ALEXANDRIA T. DRAKE, WSBA No. 45188
> Attorneys for Defendants
> Dunn & Black, P.S.
> 111 North Post, Ste. 300
> Spokane, WA 99201-0907
> Telephone: (509) 455-8711
> Fax:            (509) 455-8734
> Email:  bdunn@dunnandblack.com
>             adrake@dunnandblack.com

CORPORATE DISCLOSURE STATEMENT - 2

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of August, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system. The CM/ECF system will send notification of such filings to the following:

- Reid Johnson
  rjohnson@lukins.com; mlindquist@lukins.com

>DUNN & BLACK, P.S.
>
>s/ ROBERT A. DUNN
>ROBERT A. DUNN, WSBA No. 12089
>ALEXANDRIA T. DRAKE, WSBA No. 45188
>Attorneys for Plaintiff
>Dunn & Black, P.S.
>111 North Post, Ste. 300
>Spokane, WA 99201-0907
>Telephone: (509) 455-8711
>Fax:          (509) 455-8734
>Email:  bdunn@dunnandblack.com
>             adrake@dunnandblack.com

CORPORATE DISCLOSURE STATEMENT - 3

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734